**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ALVIN FAULKNER and UNITED
STATES EMBASSY,**

     **Plaintiffs,**

**v.**                           **Case No. 4:23-cv-469-AW-MAF**

**CUBAN EMBASSY, et al.,**

     **Defendants.**

_____/

## ORDER OF DISMISSAL

I have considered the November 1, 2023 report and recommendation, ECF No. 4, to which there has been no objection. I now adopt the report and recommendation. The clerk will enter a judgment that says, "This case is dismissed." The clerk will then close the file.

SO ORDERED on November 30, 2023.

                           s/ *Allen Winsor*_____
                           United States District Judge